# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2816
LT Case No. 2019-11202-CIDL

———————————————

RICHARD GILMAN AND KAREN
GILMAN,

    Appellants,

    v.

BANK OF NEW YORK MELLON
F/K/A BANK OF NEW YORK, AS
INDENTURE TRUSTEE FOR THE
NOTEHOLDERS OF CWABS, INC.,
ASSET-BACKED NOTES, SERIES
2007-SEA1,

    Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
Michael S. Orfinger, Judge.

Richard Gilman and Karen Gilman, Lake Helen, pro se.

No Appearance for Appellee.

January 9, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, BOATWRIGHT, and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————